UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY LYNN ENNIS,** | : |
| | :Civil Action No. 3:19-CV-291 |
| Plaintiff, | : |
| | :(JUDGE MARIANI) |
| v. | :(Magistrate Judge Carlson) |
| | : |
| **ANDREW SAUL,** | : |
| **Commissioner of Social Security,**[1] | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS  8th  DAY OF NOVEMBER 2019, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 14) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 14) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's Appeal is **DENIED**;

3. The Commissioner of Social Security's decision is **AFFIRMED**;

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Commissioner Andrew Saul is automatically substituted as the named defendant in place of the former Acting Commissioner of Social Security, Nancy A. Berryhill. *See* Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party").